# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

Donna Blackhall                                      Case No. 10-43142

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C.§ 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| J.P. MORGAN CHASE, N.A., AS SUCESSOR-IN-INTEREST TO WASHINGTON MUTUAL BANK | JPMorgan Chase Bank N.A. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

J.P. MORGAN CHASE, N.A., AS SUCESSOR-IN-INTEREST TO WASHINGTON MUTUAL BANK
c/o Shermeta, Adams & Von Allmen, PC
PO Box 80908
Rochester Hills, MI 48308

Court Claim #: 4
Amount of Original Claim: $23,259.99
Date Claim Filed: 5/17/2010

Phone: (855) 824-1000                              Phone: _____
Last Four Digits of Acct #: 9900                   Last Four Digits of Acct #: 9900

Name and Address where transferee payments should be sent:
J.P. MORGAN CHASE, N.A., AS SUCESSOR-IN-INTEREST TO WASHINGTON MUTUAL BANK
c/o Shermeta, Adams & Von Allmen, P.C.
P.O. Box 80908
Rochester Hills, MI  48308

Phone: (855) 824-1000
Last Four Digits of Acct #: 9900

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Biana Hamady                                Date: January 5, 2011
    Transferee/Transferee's Agent
    Biana Hamady
    Agent for J.P. MORGAN CHASE, N.A., AS SUCESSOR-IN-INTEREST TO WASHINGTON MUTUAL BANK
    241038

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:   Case No. <u>10-43142</u>
<u>Donna Blackhall</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>4</u> was filed or deemed filed under 11 U.S.C.§ 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the clerk's office of this court on <u>January 5, 2011.</u>

| | |
|---|---|
| JPMorgan Chase Bank N.A. | J.P. MORGAN CHASE, N.A., AS SUCESSOR-IN-INTEREST TO WASHINGTON MUTUAL BANK |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>2901 KINWEST PKWY<br>MAIL CODE TX1-2206<br>IRVING, TX 75063 | Address of Transferee:<br>c/o Shermeta, Adams & VonAllmen, P.C.<br>P.O. Box 80908<br>Rochester Hills, MI 48308-0908 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____   _____
**CLERK OF THE COURT**