```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed July 18, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**                                    Case No. 10-43142 WJL

**DONNA LYNN BLACKHALL,**                    Chapter 13

        **Debtor.**                 <u>ORDER MODIFYING CHAPTER 13 PLAN</u>
_____/

The above named debtor having served a Motion to Modify Chapter 13 Plan on June 16, 2011, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Commencing June 2011, debtor will pay $120.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

Debtor shall surrender the real property located at 299 havenwood Circle, Pittsburg, CA 94565 to Chase and the Contra Costa Treasurer Tax Collector.

                              **END OF ORDER**

**COURT SERVICE LIST**

**Attorneys for Debtor**
Patrick L. Forte, Esq.
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612


**Chapter 13 Trustee**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA  94540

**Debtor**
Donna Lynn Blackhall
299 Havenwood Circle
Pittsburg, CA 94565