```
1  CASPER J. RANKIN (CA SBN 249196)
   ARNOLD L. GRAFF (CA SBN 269170)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile:  (619) 590-1385
5
   Attorneys for  JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY
6                 MORTGAGE LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| In re | |
|---|---|
| DONNA LYNN BLACKHALL | Case No. 10-43142 |
| | Chapter 13 |
| Debtor. | **STIPULATION TO RESOLVE DEBTOR'S OBJECTION TO JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC'S CLAIM** |

This Stipulation is entered into by and between Secured Creditor, JPMC Specialty Mortgage LLC f/k/a WM Specialty Mortgage LLC ("Creditor"), by and through its attorneys of record, Pite Duncan LLP, and Debtor Donna Lynn Blackhall (hereinafter "Debtor"), by and through their attorney of record, Law of Offices of Patrick Forte.

/./././
/./././
/./././
/./././

- 1 -

—RECITALS—

1. The property that is the subject of this matter is commonly known as 299 Havenwood Circle, Pittsburg, California 94565 (hereinafter the "Subject Property").

2. On or about March 23, 2010, Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in the Northern District of California, Oakland Division and was assigned Bankruptcy Case No. 10-43142.

3. On or about April 27, 2010 Creditor filed a Proof of Claim against Debtor's bankruptcy estate in the amount of $26,737.74 secured by the Subject Property (the "Proof of Claim").

4. On or about June 16, 2011, Debtor filed an objection to Creditor's claim #3-2.

**THE PARTIES STIPULATE AS FOLLOWS:**

1. The automatic stay of 11 U.S.C. § 362 is hereby terminated as it applies to the enforcement by Creditor and its successor and or assigns of all of its rights in the Subject Property under the Note and Deed of Trust.

2. The 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is not waived;

3. Creditor's Proof of Claim is hereby withdrawn;

4. Debtor hereby withdraws her Objection to Creditor's claim #3-2.

5. Each party shall bear its own attorneys' fees and costs incurred in the present matter for bankruptcy case no. 10-43142;

6. This Stipulation shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

/./././
/./././
/./././
/./././

7. The terms of this Stipulation may not be modified, altered, or changed by the Debtors' Chapter 13 Plan, any confirmation order thereon, any subsequently filed Amended Chapter 13 Plan and confirmation order thereon without express written consent of Creditor.

Dated: 7/18/11

PITE DUNCAN, LLP

ARNOLD L. GRAFF
Attorneys for JPMC SPECIALTY MORTGAGE LLC F/K/A WM SPECIALTY MORTGAGE LLC

LAW OFFICES OF PATRICK L. FORTE

Dated: 7/8/11

ANNE SHIAO SHIAU
Attorneys for DEBTORS

Dated: _____

MARTHA G. BRONITSKY
Chapter 13 Trustee